UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| ANNETTE TYLER,<br>an individual,<br>　　Plaintiff | : | CIVIL CASE NO. 6:24-cv-1767 |
| VS. | : | JUDGE DAVID C. JOSEPH |
| CITY OF OPELOUSAS, LOUISIANA<br>DEPARTMENT OF TRANSPORTATION<br>AND DEVELOPMENT, and JOE<br>DONAHUE in his official capacity as<br>Secretary of the Louisiana Department of<br>Transportation and Development<br>　　Defendant | : | MAGISTRATE JUDGE DAVID J. AYO |

## MOTION TO DISMISS *SOLELY* DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, and JOE DONAHUE WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, ANNETTE TYLER (the "Plaintiff"), and upon suggesting that this matter has been resolved, respectfully requests this Honorable Court to dismiss, with prejudice, all claims by Plaintiff solely against the Defendant, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, and JOE DONAHUE in his official capacity as Secretary of the Louisiana Department of Transportation and Development (collectively, "DOTD"), in this matter, with Plaintiff and DOTD to bear their own respective costs and fees. Plaintiff retains its claims against Defendant City of Opelousas.

Respectfully submitted,

**BIZER & DEREUS, LLC**
*Attorneys for Plaintiff*

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DEREUS (LA # 35105)
EVA M. KALIKOFF (LA #39932)

3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
      gdereus@bizerlaw.com
      eva@bizerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was filed electronically this day with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

New Orleans, Louisiana, this 17 day of March, 2026.

**BIZER & DeREUS, LLC**
*Attorneys for Plaintiff*

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DeREUS (LA # 35105)
EVA M. KALIKOFF (LA #39932)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
      gdereus@bizerlaw.com
      eva@bizerlaw.com