**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ANNETTE TYLER**                           **CIVIL ACTION NO. 6:24-CV-1767**

**VERSUS**                                   **JUDGE DAVID C. JOSEPH**

**CITY OF OPELOUSAS ET AL**                  **MAGISTRATE JUDGE DAVID J. AYO**

## ORDER

Considering the MOTION TO DISMISS *SOLELY* DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, AND JOE DONAHUE WITH PREJUDICE ("the Motion") [Doc.36] filed by Plaintiff, Roderick J. Dominick and Defendant, Adriatic Marine, LLC:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted herein by Plaintiff, Annette Tyler against Defendant, City of Opelousas, are hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and court costs.

THUS, DONE AND SIGNED in chambers on this 18th day of March 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE